Rev. 3/19

```
┌──────────────────────────────────┐
│ FILED _____ LODGED             │
│ _____ RECEIVED               │
│                                  │
│      MAR 31 2022                 │
│                                  │
│       CLERK U.S. DISTRICT COURT  │
│ WESTERN DISTRICT OF WASHINGTON AT TACOMA │
│ BY _____ DEPUTY       │
└──────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Leeroy Elijan Krause CFN#235799
*Plaintiff's full name and prisoner number*

Plaintiff,

v.

Vancouver Police Department
Nicholaas Gillingham
SEE ATTACHMENT

*Defendant's/defendants' full name(s)*

Defendant(s).

(If you cannot fit all of the defendants' names
in the space provided, please write "see
attached" in the space above and attach
additional sheets of paper, as necessary, with
the full list of names.  The names listed here
must be identical to those in Section II.  Do not
include addresses here.  **Individuals whose
names are not included in this section will
not be considered defendants in this action.**)

Case No. _____
(leave blank – for court staff only)

**PRISONER CIVIL RIGHTS
COMPLAINT**

Jury Demand?
☐ Yes
☐ No

## WARNINGS

1.      Do not use this form if you are challenging the validity of your criminal conviction or
your criminal sentence.  If you are challenging your conviction or sentence, or if you are seeking
restoration of good-time credits that would shorten your sentence, you must file a Petition for
Writ of Habeas Corpus.  If you use this form to challenge your conviction or sentence, you risk
having your claim dismissed.  Separate forms are available for filing a habeas petition.

2.      Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all
remedies in your institution's grievance system that are available to you before filing suit.  This
generally means that you must file a grievance and, if it is denied, appeal it through all available
levels of review.  Your case may be dismissed if you fail to exhaust administrative remedies,
unless the administrative grievance process was not "available" to you within the meaning of the
PLRA.  You are not required to plead or show that you have exhausted your claim in this
complaint.

V.

Travis Brown

Ryan Starbuck

Christopher Simmons

American Medical response (AMR)

3.      Please review your complaint carefully before filing.  If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee.  Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.      Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, may not contain certain information, which must be modified as follows:

Do not include:
- a full social security number
- a full birth date
- the full name of a minor
- a complete financial account number

Instead, use:
→ the last four digits
→ the birth year
→ the minor's initials
→ the last four digits

5.      You may, but do not need to, send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.  Any documents you submit *must relate directly to the claims you raise in this lawsuit*.  They will become part of the court record and *will not be returned to you.*

---

# I.    PLAINTIFF INFORMATION

| Krause, LeeRoy, E | Eli |
|---|---|
| Name (Last, First, MI) | Aliases/Former Names |

CFN # 235799
Prisoner ID #

Clark County jail
Place of Detention

707 West 13th Street
Institutional Address

| ClarkCounty, Vancouver | Washington | 98666 |
|---|---|---|
| County, City | State | Zip Code |

*Indicate your status:*

☒ Pretrial detainee            ☐ Convicted and sentenced state prisoner
☐ Civilly committed detainee   ☐ Convicted and sentenced federal prisoner
☐ Immigration detainee

## II.    DEFENDANT INFORMATION

*Please list the following information for each defendant.  If the correct information is not provided, it could delay or prevent service of the complaint.  Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1: West precinct Vancouver police Department
Name (Last, First)

_____
Current Job Title

2800 North East stapleton road
Current Work Address

Clarkcounty Vancouver        WAShington        98661
County, City                State              Zip Code

Defendant 2: Gillingham, Nicholaas
Name (Last, First)

Peace officer
Current Job Title

2800 Nort East Stapleton road
Current Work Address

Clarkcounty Vancouver     Washington       98661
County, City              State            Zip Code

Defendant 3: Brown, Travis
Name (Last, First)

Detective
Current Job Title

2800 North East Stapleton road
Current Work Address

Clarkcounty Vancouver     Washington       98661
County, City              State            Zip Code

Defendant 4:   Starbuck, Ryan
<u>name last, first</u>

Corporal
<u>Job Title</u>

2800 North East Stapleton Road
<u>Current Work address</u>

Clark County, Vancouver      WASHINGTON      98661
<u>County, City              State            Zipcode</u>


Defendant 5:   Simmons, Christopher
<u>name last, first</u>

Sergeant
<u>Job Title</u>

2800 North East Stapleton Road
<u>Current Work address</u>

Clark County, Vancouver    WASHINGTON      98661

<u>County, City              State            Zipcode</u>


Defendant 6:   American medical Response (AMR)
<u>name</u>

Paramedics
<u>Job title</u>

409 Northeast 76th Street
<u>Current Work address</u>

Clark County, Vancouver    WASHINGTON      98665

<u>County, City              State            Zipcode</u>

### III.   STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count.  For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs.  For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc.  The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you must specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s).  If you do not specify the portion of the supporting document(s), the Court may disregard your document(s).*

### COUNT I

*Identify the first right you believe was violated and by whom:*

1.1 Christopher Simmons Nor Nicholaas Gillingham read me Miranda Warning before questioning me while I was in a custodial Situation curtailing my freedom of action violating my 5th Amendment of the United States Constitution.

*State the facts of your first claim below.  Include all the facts you consider important.  Be specific about dates, times, locations, and the names of the people involved.  Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong.  If you need additional space, you may attach extra sheets.*

1.2 On Oct 6th 2021, Nicholaas Gillingham of the Vancouver police responded to a 3rd party report of Domestic Violence with allegations involving a Knife. Officer Gillingham arrived on Scene and "Staged off" the area while awaiting back up, in which Corporal Ryan Starbuck and Sergeant Christopher Simmons arrived on scene. When

Officer Gillingham and Sergeant Simmons approached the bottom of the Stairwell where I was at the top of, they ID'd me and summoned me by name to come down to them and I did so with my hands above my head saying "Don't shoot" obviously in fear of life as the two officers I imidiately seen had their hands on their fire arms. The Sergeant Simmons (who is Gillingham's Supervisor) and officer Gillingham directed me to take a seat. while they stood side by side in front of me and Gillingham asked me My name, social security number and Date of birth and then, began questioning me about the alleged incident without informing me of my right to silence as well as to my right to counsel present that would be the required Miranda warnings (I have case laws if needed) It is in Gillingham's Incident report I was not Mirandized.

Then, I was forcefully taken down in handcuffs because I tried to turn around to talk to my Girlfriend and police lied saying I tried to harm them. I bumped my head on the ground and police lied saying that I self harmed in police vehicle yet I was never Mirandized. They're lying while violating My rights. I'm basically kidnapped right now.

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count I. Continue to number your paragraphs.*

I've been hurt Physically, Placed in fear of life and liberty; I don't feel safe knowing the police do such misconduct, I feel taken advantage of, I have stress, Anxiety, Sleepless nights. They've discriminated my character and have attacked my intergrity.

## COUNT II

*Identify the second right you believe was violated and by whom:*

2.1 All listed Defendants violated my right to Due process when they participated in and or over-saw the forceful involuntary medication I was Subjected to while in handcuffs.

*State the facts of your second claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

2.2 When I was place in the prisoner Compartment of Gillingham's Vehicle Allegations arose that I was damaging the Vehicle. They put my legs in a "Hobble" Leg restraint that Secured my legs to the bottom of the door. One leg came free and officers called AMR to the Scene and when AMR pulled up officers talked of sedating me and I told them "NO, stay away from me". At this point I'm still in cuffs with my Leg Pinned to the door and before I knew it the door behind me opened up and Ryan Starbuck grabbed me by my hair, Pulled me down and held me down by my Cheek and Shoulder to enable AMR Personell to forcefully inject me with a needle when I was fully Competent and Said "No". as well as there was no court order that would Permit involuntary medication for the Purpose of restoring Competency to stand trial. Further more I was Assaulted with a deadly Weapon and against my will my mind was altered with a drug; All invowed are Accomplices to this retaliated Assault on me. They did this to me in retaliation to the allegations being brought against me (case No. 21-1-01758-do) which

is the allegations of Domestic Violence as well as allegations of Destruction of a police Vehicle.

If Some one Came to My house, Kicked out my window and I Punch them or hit them in the head with a bat and knock them unconcious that's assault; that assault would be retaliation for what wrong I accuse. The police retaliated and assaulted me.

*State with specificity the injury, harm, or damages you believe you suffered as a result of the events you described above in Count II.  Continue to number your paragraphs.*

I have stress and anxiety. I'm afraid this can happen again, since I'm in jail with charges against me like; no wrong was done to me. I feel I've been Violated against my will; I'm terrified of needles. I was stripped of my dignity and my 'right to say "NO". I'm embarrassed. I've lost so much sleep. I now take meds to help with my trauma. I also see a Pyscologist here at clark county jail.

## COUNT III

*Identify the third right you believe was violated and by whom:*

3.1 All defendants participated in and or are accomplices to Excessive use of force Violating my 8th Amemdment right: No Cruel or unusual Punishment

*State the facts of your third claim below.  Include all the facts you consider important.  Be specific about dates, times, locations, and the names of the people involved.  Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong.  If you need additional space, you may attach extra sheets.*

3.2  intertwine with 2.2. There is no law or statute that allows forced injections without a Court order, especially for reasons other than restoring one's competency to Stand trial, which is not the Case here.

If someone comes to my house, and breaks my tV and I Punch them and Knock them unconcious that's Assault.

I was assaulted by Police and AMR personel and both departments know this. Police try to justify their Misconduct only supporting that it was indeed retaliation. I was stuck with a needle while I was in handcuffs, one leg was in a 'Hobble' restraint and I was additionally held down while my mind was altered with a substance against my Will. There is NO right for this Cruel and Very Unusual Punishment. I Am a MAN of flesh and blood; not a dog. I have rights that have and are being violated Proving I will not get a fair trial since I have been treated unreasonably since Police inflicted contact.

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count III. Continue to number your paragraphs.*

I have anxiety, A hard time sleeping. I have Stress that Police (Authoritive figures) can hurt people that normal civilians will be stripped of life and liberty for I've been Caused Stress, Anxiety, Embarresment. My character and intergrity have and are being Attacked. I was stuck with a needle and my mind altered.

## Count IV

4.1   Vancouver Police Department, Nicholaas Gillingham, Travis Brown, Ryan Starbuck and Christopher Simmons violated my right to Due Process by conducting a Biased and Prejudiced Partial investigation failing to obtain and therefore Perserve Physical evidence to support allegations of assault 2 DV.

4.2   A 3rd Party who was not on scene reported a Domestic Violence incident allegedly involving a'knife' and when Police searched me they did not find a knife nor did they look any farther. Upon questioning the "victim" Corporal Ryan Starbuck had to ask the "Victim" about a knife yet they never looked for nor perserved one to support the charges I'm facing. There is NO knife. Report of a'knife' was False.

            The Police misconduct is attacking my character and presuming me to be guilty without providing factual evidence and I'm suffering from fear, stress and anxiety as I go through the court process. All parties are working against me and it's causing me to lose sleep and take medication to help me with the anxiety, stress and lack of sleep.

## Count V

5.1   Travis Brown violated my right to Due Process by fabricating the Probable cause charging document with embellishments and his Supervisor Christopher Simmons as well as the Vancouver Police Department AP Proved the Document to be filed additionally violating my right to Due Process and equal protection.

5.2   In the Probable cause Travis Brown wrote, "Delaney reported coughing in result from Leeroy chocking her..." Yet that is not supported by his own Police incident report nor Ryan Starbuck's incident report, nor is this in the 'Victim's' Smith affidavit. Travis Brown stated he is familiar with me which supports biased and Prejudice intent in his misconduct embellishing the Probable cause to further attack my character and presume me to be guilty without facts and or a fair trial. See
      : RCW 40.16.030
            I'm being harassed by police. My character and intergrity is being attacked further adding more stress, Anxiety, Emberassment and fear. I will not recieve a fair trial, I havent been treated fairly in the Pretrial Phase. I cannot get my time back.

## Count VI

6.1 Nicholaas Gillingham violated my right to Due Process Falsely reporting a weapon was involved in his Police report yet there is No 'knife'/weapon and Christopher Simmons aswell as the Vancouver Police Department approved the report to be filed additionally violating my right to due Process and equal Protection.

6.2   Nicholaas Gillingham wrote in his report there was a weapon involved when there was no weapon to support this report and his supervisor Christopher Simmons approved the report being aware of the embellishment. See RCW 40.16.030. They knew the report would be filed to be used in a Criminal Prosecution and still willingly fabricated embellishments to Further make it appear I'm guilty without evidence as well as to justify and or overlook Police Misconduct.

I got Anxiety, stress, Loss of Sleep in which I now take medication to help. I'm being treated very unreasonably. I can't get my time back.

## Count VII

7.1 Nicholaas Gillingham, Ryan Starbuck and Christopher Simmons Violated my right to due Process and equal Protection Falsifying Use of Force report and Vancouver Police Department Violated my right in approving the false report(s).

7.2  Christopher Simmons Use of Force report says there were 3 officers on Scene during the incident while Nicholaas Gillingham and Ryan Starbuck Say there was only 1. Ryan Starbuck opened the back door for Nicholaas Gillingham and Christopher Simmons to place me in the Vehicle after Christopher Simmons and Nicholaas Gillingham Took me to the ground while in handcuffs. They are knowing and knowledgable of this yet Lie in their reports. See RCW 40.16.030

I'm losing my life being subjected to Stress anxiety and Loss of Sleep while these officers Lie on the reports Yet attack my Character and intergity in making me appear guilty. I can't get my time back.

## Count VIII

8.1 Vancouver Police Department, Ryan Starbuck, Nicholaas Gillingham, Christopher Simmons Violated my right to due Process and equal Protection.

8.2 All Parties listed in 8.1 falsified my mental health in an attempt to justify the misconduct of forcefully injecting me; when there is No right to do so. They also falsified my injury when it's from them taking me down to the ground while in Cuffs.

My Character and my intergrity have been attacked. I'm Presumed guilty because of what these officers say. I've been subjected to stress, anxiety, loss of sleep, embarassment, I've lost time I cannot get back, I'm traumatized. I have to take meds to go to bed. I talk to a Psychologist at the jail. I'm terrified of the Police and Authoritive figures and their lies.

## Count IX

9.1 Ryan Starbuck, Christopher Simmons and Vancouver Police Department violated my right to due process and equal Protection.

9.2 In Ryan Starbuck's use of force report he claims I was injured before use of force yet Nicholaas Gillingham and christopher Simmons, say I was not in their reports; Yet Sergeant Simmons approved the false document to be filed along with Vancouver Police Department. See RCW 40.16.030 as all knowingly filed a false document. The injury from my head came from Police taking me down while in handcuffs.

Proves Along with everything else I will not recieve a fair trial.

I have anxiety, stress, loss of sleep, depPressed and traumatized due to all the Lies and Misconduct I've suffered and endured. I'm scared of Authoritive figures since they can do whatever they want and I'm the one in jail. I can not get my time back nor erase the Memories that keep me up at night.

IV.  Relief

I am seeking (1)(a) written as well as public Apology by the Chief of Police for his departments misconduct, (b) a written and public apology from each of the officers listed as defendants, (C) Sergeant Simmons to be fired (d) Corporal Starbuck to be fired, (e) Travis Brown fired. (F) Nicholaas Gillingham placed on the Brady list, (g) $100,000,000 from the Vancouver Police Department, (h) $100,000,000 from American medical response (i) $1,000,000 from each officer listed as a Defendant, (j) both case numbers in Clark County Superior Court Dismissed meaning 21-1-01758-06 and 21-1-01851-06 which 21-1-01851-06 derives from 21-1-01758-06, (K) My release from jail.

IV.   **RELIEF**

*State exactly what you want the Court to do for you.  For example, you may be seeking money
damages from an individual defendant, you may want the Court to order a defendant to do
something or to stop doing something, or you may want both kinds of relief.  Make no legal
arguments.  Cite no cases or statutes.*

SEE ATTACHMENT

V.   **SIGNATURE**

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true
to the best of your knowledge, that you believe those facts show a violation of law, and that you
are not filing this complaint to harass another person or for any other improper purpose.*

3·25·2022
Dated

Plaintiff's Signature

Report Number 2021-021142 - Supplement - 3 Report (Vancouver Police Department: Vancouver Police Department)                    Pg 1 of 3

## Report Number 2021-021142 - Supplement - 3 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Oct 6, 2021 19:50 | Oct 6, 2021 15:26 | Ryan Starbuck #1404 |

SUPPLEMENT TYPE
Patrol Supplemental

### NARRATIVE

#### Synopsis

I responded to a welfare check and upon arrival I contacted the female party involved. It was determined that there was probable cause for the male half and he was arrested for Assault IV DV. Further investigation revealed that the probable cause was in fact Assault II DV and the subject was combative and damaged a patrol vehicle extensively and probable cause was developed for Malicious Mischief I. I assisted maintaining control of the suspects upper body on two occasions during the incident. Attach to Original Report.

#### Narrative

On 10/6/2021 at approximately 1433 hours I was dispatched to a welfare check at                    . The call advised that we were checking on a female who broke up with her boyfriend Leeroy Krause. It stated that he was pounding on the female's door and she was hiding in the residence.

Upon arrival at the residence I could hear crying coming from one of the stairwells in the apartment complex. Officer Gillingham contacted a male in the stairwell and he came down and spoke with Officer Gillingham and Acting Sergeant Simmons. I went up the stairs and a female exited the residence and was identified as Delaney Daniel. Delaney was crying and her face was red and flush from crying. I stood at the top of the stairwell. I asked Delaney what occurred and she stated that they were arguing and Leeroy was calling her names. I asked how long he had been out there and she stated since about 1 PM. She advised me that he isn't allowed inside the residence and he knows that. I asked her who made that rule and she advised that the two main occupants of the residence, Collin and Kira, do not allow him in there. Delaney stated that she and Leeroy had been together for six months.

Today he showed up and was yelling at her to bring him some items to clean his foot with. She advised he had a hurt foot and she brought out some items for him to clean his foot and set them outside. I observed a bottle of hydrogen peroxide outside the front door. During the time I was trying to speak with Delaney, Leeroy was yelling at her to not say anything and if she told us that he touched her he would go to jail. Delaney appeared very timid when he was yelling up and kind of tucked her chin and looked to the side. Officers were trying to get him to stop and I advised Delaney to focus on me. Leeroy was attempting to get her to not provide any information. I asked Delaney if she was afraid of him and she stated, "well not now." I asked if it was because the Police were there and she nodded in an affirmative motion. I asked if she was afraid earlier and she stated she was.

I asked her to tell me further about the interaction she had with Leeroy and asked if anything physical occurred. She stated that he pushed her in the chest. I asked when that happened and she advised that she tried closing the door after and he put his hand in the doorway to keep her from closing the door. He then forced his way into the apartment and she was telling him to leave. He was yelling at her and calling her names and pushed her into the chest which made her stumble backwards and fall into a bean bag chair in the residence. Delaney advised that she was pushing Leeroy to try and get him out and during the struggle he reached for her phone which was in her pocket. When he tried to take her phone it ripped her pants at the pocket. Delaney advised me that her right thumb was extremely sore but she didn't know when that got injured. Eventually she got Leeroy out of the apartment and was able to close the door.

Based on the statements and observations I determined there was probable cause for Leeroy's arrest for Assault IV Domestic Violence. Potentially there was further Probable Cause for Criminal Trespass I DV or Residential Burglary DV but hadn't spoken to other Officers. Leeroy was becoming further agitated and trying to intervene and control my interview with Delaney so I advised Sergeant Simmons of the PC. Leeroy was placed under arrest by Officer Gillingham and I attempted to speak further with Delaney but Leeroy was becoming obviously agitated and turning on Officers. They walked him out and eventually Leeroy turned towards Officer Gillingham and he was escorted to the ground in the parking lot of the complex. I went and grabbed Officer Gillingham's patrol vehicle and drove it into the parking lot to make the custody transfer to the vehicle.

I went around and unlocked the doors and opened the rear passenger door. Officers were assisting Leeroy up and I assisted in lifting him up. I then assisted in removing all the items from his right side pockets. He was then placed into the patrol vehicle. After he was placed into the patrol vehicle Leeroy began to bang his head against the partition. Officers advised him to stop and he then began to kick at the

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ryan Starbuck #1404    Oct 7, 2021 13:04 (e-signature) | Christopher Simmons #1635   Oct 7, 2021 13:48 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ryan Starbuck #1404 | Christopher Simmons #1635 |

KRAUSE, LEEROY ELIJAH          2021-1-01758-06          10/18/2021          029

passenger door to include the passenger rear door protective screen. He advised me he was going to spit on me so I moved to the side and put on protective glasses. The passenger door became protruded near the door handle causing extensive damage. The window screen was also broken out. Acting Sergeant Simmons advised we were going to place a hobble on Leeroy to prevent further damage. I went around to the driver's side and opened the rear driver's side door. Upon opening the door I gained control of Leeroy's upper body and pulled his shoulders down to the seat so he was lying more flat for the hobbles to be placed. He seemed to relax once he was controlled. He was sat back up and I maintained his head at the back of it with my right hand. He was further agitated when he was sat back up and Acting Sergeant Simmons had to be down in front of Leeroy so I was keeping him from looking towards him based on his previous statements to spit on Officers. The door was secured and I secured the driver's side rear door.

Leeroy commenced to slip the hobble and began damaging the door again. I requested AMR to respond to assist as it was unsafe to drive Leeroy to the jail with the extensive damage to the door. There was concern that the door would fail or the window partition would allow for Leeroy to exit. Detective Brown was on scene and I asked if he could provide Delaney with a DV statement form. He advised he would.

Following AMR arriving Leeroy became aggressive and threatening medics. It was determined to keep him in the car to sedate him so we did as previous and I went to the driver's side door. As soon as I opened the door Leeroy started saying "ok, ok". I took a hold of his right shoulder and moved him down on his left side in the seat and the medic was able to sedate Leeroy in the right arm without any issue. We then moved Leeroy to the gurney without any further incident. The handcuffs were removed and he was placed in soft restraints and transported.

I returned to the apartment and contacted Detective Brown and Delaney. Detective Brown advised that Delaney mentioned pervious assault incidents and I asked if she mentioned anything about a knife today. There was mention in the call that a knife was held to her throat by the caller. Delaney advised that during today's incident Leeroy had held a steak knife against her throat. I asked her when this occurred and she advised that it was after he pushed his way in. I asked why she didn't mention this earlier and she advised she was concerned with Leeroy being down below us when we were talking.

Based on this I obtained a fuller statement from Delaney to clarify anything not provided. Delaney stated that Leeroy did arrive around 1 PM. He was ringing the doorbell and knocking on the door to let him in. After about an hour she went out and he was sitting on the steps down below her outside stairwell. She went down there and provided him with some band aids, alcohol wipes and peroxide. He was trying to get her to clean his foot. She stated that she didn't because he was calling her names and making statements like, "can't you help me you dumb ass bitch," and calling her selfish. She stated she wasn't going to help him based on his behavior and she went back up to her apartment. He asked her to at least put some shoes out for him so she set them on the front porch. This is when she stated that Leeroy blocked the door and pushed his way into the apartment.

Delaney was yelling at him to leave and she stated that she was crying because she was overwhelmed. She was yelling at him stating to him that he couldn't be there. Leeroy began yelling at her and pushed her in the chest and she fell back a couple of feet and on to the bean bag chair. At this time Leeroy advised Delaney that he was going to get a knife. He went into the kitchen and returned with a serrated steak knife. She told him that her roommates were coming back and she was going to call them. Delaney advised that Leeroy returned with the knife with the blade downward from his pinky in his fist and with that same hand he wrapped his arm around the front of her neck in a V shape and lifted her up from the bean bag chair. Leeroy then walked her to the bathroom with her in front. Delaney stated that during this she felt the knife touch her neck on the left side near her throat. I observed no marks from the knife on her neck.

Delaney stated that about a month ago he did the same thing and had her get in the bath tub. He held a knife to her throat that time and told her that he was going to kill her. I asked if he made any similar statements today and she stated that she didn't remember any. I asked what she thought was going to happen today and she advised me she thought the same thing would happen. I asked if she believed that he would kill her and she advised that she didn't the time before. When she was pushed into the bathroom there was a knock at the apartment door. She stated that she was in the bathroom still crying and Leeroy went to the door and answered it. He advised the landlord that they were just having an argument. Shortly after the door closing Delaney went out and started telling Leeroy to leave and they both went outside. They continued to argue and she got back into the apartment and he was outside. Police showed up shortly after.

Delaney advised of a previous incident where Police were called. She advised a report was completed but I was unable to find any in Mark43. This was approximately a week prior according to Delaney. After answering questions for Delaney about the rest of the process I cleared without further.

Based on Delaney being assaulted by Leeroy and in the commission of the assault he was wielding a steak knife which is a deadly weapon I determine there to be Probable Cause for Assault II Domestic Violence. Further he damaged a vehicle door which would require full replacement of the door, interior panel, and plexi glass screen for the window. Leeroy damaged this knowingly and I believe repair costs

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ryan Starbuck #1404   Oct 7, 2021 13:04 (e-signature) | Christopher Simmons #1635   Oct 7, 2021 13:48 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ryan Starbuck #1404 | Christopher Simmons #1635 |

KRAUSE, LEEROY ELIJAH          2021-1-01758-06          10/18/2021     030

Report Number 2021-021142 - Supplement - 3 Report (Vancouver Police Department: Vancouver Police Department)                                      Pg 3 of 3

of replacing the door, window screen, any frame work as well as taking the vehicle out of service and repair costs to exceed $5,000. There is Probable Cause for the crime of Malicious Mischief I.

**Attachments**

None

**Recommendation**

Attach to Original Report.

## INVOLVED PERSONS

| INVOLVED PERSON-1 NAME (LAST, FIRST MIDDLE) | | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| P-1 Daniel, Delaney E | | |

| SEX | RACE / ETHNICITY |
|---|---|
| Female | White / Not Hispanic Or Latino |

| HOME ADDRESS |
|---|
|  |

| INVOLVEMENT TYPE |
|---|
| Victim |

## INVOLVED LOCATIONS

LOCATION

## PERSON ADDENDUM

| FIRST NAME | LAST NAME | MIDDLE NAME | |
|---|---|---|---|
| Delaney | Daniel | E | |
| DOB / ESTIMATED AGE RANGE | RACE / ETHNICITY | SEX | DECEASED |
|  | White / Not Hispanic Or Latino | Female | ☐ YES ☒ NO |

| RESIDENT OF JURISDICTION? |
|---|
| Yes |

| HOME ADDRESS-1 | ENTERED DATE |
|---|---|
|  | Oct 6, 2021 |

| HEIGHT | WEIGHT | HAIR COLOR / LENGTH / STYLE | DL ID # |
|---|---|---|---|
| 5' 6" | 150 lbs | Brown (BRO) |  |

| DL STATE |
|---|
| Oregon |

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer's unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| Ryan Starbuck | 10/07/2021 | Vancouver Police Department, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ryan Starbuck #1404   Oct 7, 2021 13:04 (e-signature) | Christopher Simmons #1635   Oct 7, 2021 13:48 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ryan Starbuck #1404 | Christopher Simmons #1635 |

KRAUSE, LEEROY ELIJAH          2021-1-01758-06          10/18/2021     031

Report Number 2021-021142 - Supplement – 2 Report (Vancouver Police Department: Vancouver Police Department)                    Pg 1 of 4

## Report Number 2021-021142 - Supplement - 2 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Oct 6, 2021 16:50 | Oct 6, 2021 14:24 | Travis Brown #1723 |

SUPPLEMENT TYPE

Evidence Collection / Processing, Interview - Sworn Statement of Elizabeth

## NARRATIVE

### Synopsis

Smith Affidavit collected from Delaney Daniel. Injury assessed and photo documented. Clothing documented as ripped. Landlord interviewed regarding precuring DV Verbal.

### Narrative

On 10/06/21 at approximately 1425 hours, VPD patrol officers responded to                    (Vancouver, WA) regarding a welfare check request. I, Detective Brown of the DV Unit was listening to the radio traffic and read call notes to learn that the subject in question was Leeroy Krause, to which I was familiar with in past investigations (2021-004020). Leeroy more commonly goes by "Eli."

Known police contact and history for Leeroy included that of suspect in possession of firearms, theft of firearm (2021-005282) and Officer Safety Bulletin. Leeroy's status showed to have a warrant per DOC. The warrant was listed as, "Escape Community Custody Longview For Robbery 2" and the alert further listed officer safety warnings, "May Be Armed" and "Assltv To LE."

An anonymous 911 caller reported and was noted in CAD to have said Leeroy was, "banging on the door" and that earlier he had, "attacked her w a knife." The victim in question was later identified as Leeroy's girlfriend of six months, Delaney Daniel.

I called DOC to alert them of VPD contact. DOC advised that Longview would book on the warrant and requested our assistance in apprehension and transport.

I arrived on scene at a juncture where Leeroy was outside talking with officers and not in handcuffs. Delaney was inside her apartment.

It was relayed to me that Cpl Starbuck had established PC for Leeroy's arrest. I observed that once Leeroy was placed in handcuffs and escorted to the patrol vehicle, he began to act erratically with cursing, crying, struggling arms and legs consistent with escape efforts. I observed a calculated and controlled takedown, one of which was with minor force. I did not observe injury or complaint of pain from Leeroy.

While in the prisoner compartment, Leeroy repeatedly kicked at the door despite officer warnings, and continued until damaging the window and function of said door; an impairment to a public service and emergency response vehicle.

With Leeroy secured by patrol officers, I contacted Delaney at her apartment for further photo documentation and interview.

### Interview, Smith Affidavit, and Danger Assessment

When I contacted Delaney Daniel I observed her eyes to be teary and face reddish in color surrounding her eyes. She confirmed that she had been crying prior to police arrival. She initially spoke of a verbal argument with Leeroy, her boyfriend of approximately six months. During the argument, he lunged for her phone, which was in her right-front pants pocket. She attempted to retain her phone and when Leeroy attempted to overcome her retention, he used force and tore her pants pocket and injured her right hand and thumb.

The damage to Delaney's pocket was apparent and she allowed for me to photo document. Delaney gave consent for me to examine her injury. I palpated the area of her injury; the right hand thumb/palm area. Per my former Firefighter and Emergency Trauma Technician (ETT) employment, I further identified this area of injury to be sensitive to the touch and with proximal radiant pain that did not stretch as far into the wrist area. The visual of said injury was not readily apparent, but I did take photos. During this process Delaney favored and held said area in a manner consistent with someone protecting their injury and responding to pain.

Delaney asked about what would happen next due to the arrest and if Leeroy would find out that she was cooperating with police. Delaney was afraid to participate and was not sure if she would sign a sworn written statement.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Travis Brown #1723    Oct 7, 2021 09:55 (e-signature) | Christopher Simmons #1635   Oct 7, 2021 13:45 (e-signature) |
| PRINT NAME | PRINT NAME |
| Travis Brown #1723 | Christopher Simmons #1635 |

KRAUSE, LEEROY ELIJAH          2021-1-01758-06          10/18/2021      019

Delaney participated in the Danger Assessment. I asked if Leeroy had threatened to use weapons against her. She said that he had done so approximately 1.5 months ago, holding a handgun to her head. Today she spoke of him holding her in a choke hold from behind while holding a knife.

I asked Delaney if Leeroy had any recent forms of loss, such as with family members passing or being fired from a job. Delaney stated Leeroy was laid off from work by his step-father and that his mother was very ill and expected to die soon due in part to drug use.

In further details of choking, Delaney said she had suffered a past unreported incident, where Leeroy used both of his hands to choke her.

The Danger Assessment rated a 14 on a scale of 1-18 for "Severe." The Danger Assessment is a tool used to measure the lethal threat a suspect presents towards a domestic partner.

Towards the end of the assessment, Delaney agreed to write a formal sworn statement as follows:

"He [Leeroy] has tried to choke me with both hands has taken my phone multiple times and tried to destroy it (damage or break it), he has pushed me, grabbed me, hit me in the back of the head, held a knife to my throat twice, held a gun to my head one time, threatened to kill me and hurt me, he has threatened my friends in the very beginning of relationship, he has spit in my face and on my belongings. Today he tried to take my phone out of my pocket and I tried to take it back and he ripped my pants and my hand twisted. He also held a knife (kitchen) to my throat and pushed me."

At approximately 1540 hours I read to Delaney the perjury warning, to which she stated she understood and was telling the truth. She signed the sworn written statement in my presence.

With me for interview was Cpl Starbuck who conducted a second interview. I observed that as time went on, Delaney became more able to report details. Leeroy was outside in police custody, but also receiving emergency medical services via AMR due to his escalated state. Leeroy could no longer be heard yelling at Delaney and it is possible this also aided in Delaney reporting.

Delaney stated that she was afraid of Leeroy hurting her, but not killing her. This puzzled me as a response due to the reported threats with gun and knife. Delaney explained that Leeroy has forced her into the bathroom multiple times, and in the past put her in the bathtub and threatened to kill her. This struck me as a form of terrorization and conditioning that could explain Delaney's trauma. She replied that she is not concerned of Leeroy killing her due to the repeated threats and attempts not being carried out, however all so forceful and with consistent overt acts (see Cpl Starbuck's report for additional interview details).

I provided Delaney with a copy of DV victim's rights and resources and departed the scene.

I later contacted the apartment complex landlord for interview.

<u>Witness Statements</u>

Landlord, Kevin Hayden interviewed via phone. He stated there was argument between Eli (Leeroy Kruase) and girlfriend, Delaney that day. Kevin was next door for repairs. He did not see anyone else surrounding or in the apartment in question. Kevin saw each and observed both to be crying. Kevin was not aware of them being physical and last saw Leeroy outside and separated from Delaney.

The original RP in this call identified by first name only. I have left a voicemail for the RP to contact me to further participate in interview.

The CAD notes indicate a Stephanie with listed phone number was associated. The details are unclear as to her role and she was not located on scene. I have called the listed number and left a voicemail for them to call me.

I have request audio and transcript of the 911 call from CRESA.

<u>**Attachments**</u>

DV Packet and Smith Affidavit

Photos of Delaney

<u>**Recommendation**</u>

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Travis Brown #1723   Oct 7, 2021 09:55 (e-signature) | Christopher Simmons #1635   Oct 7, 2021 13:45 (e-signature) |
| PRINT NAME | PRINT NAME |
| Travis Brown #1723 | Christopher Simmons #1635 |

KRAUSE, LEEROY ELIJAH            2021-1-01758-06            10/18/2021            020

Report Number 2021-021142 - *Offense / Incident Report Cover Sheet (Vancouver Police Department: Vancouver Police Department)          Pg 1 of 3

## Report Number 2021-021142 - *Offense / Incident Report Cover Sheet

| REPORT DATE / TIME | JURNAME / PRECINCT / DISTRICT / BEAT / NHOOD | EVENT START DATE / TIME - EVENT END DATE / TIME |
|---|---|---|
| Oct 6, 2021 16:11 | | Oct 6, 2021 14:24 - 14:24 |

### OFFENSE-1

| OFFENSE CODE | WEAPON / FORCE INVOLVED |
|---|---|
| RCW_9A.36.021_ASSAULT II | Knife/Cutting Instrument (knives, razors, hatchets, axes, cleavers, scissors, glass, broken bottles, ice picks, etc.) |

| OFFENSE LOCATION | OFFENSE START DATE | OFFENSE END DATE |
|---|---|---|
| | Oct 6, 2021 14:26 | Oct 6, 2021 14:26 |

### OFFENSE-2

| OFFENSE CODE | | |
|---|---|---|
| RCW_9A.48.070_MALICIOUS MISCHIEF I | | |
| OFFENSE LOCATION | OFFENSE START DATE | OFFENSE END DATE |
| | Oct 6, 2021 14:34 | Oct 6, 2021 14:34 |

### INVOLVED PERSONS

| INVOLVEMENT | NAME | HOME ADDRESS | DOB / ESTIMATED AGE RANGE | RACE | SEX |
|---|---|---|---|---|---|
| S-1, P-2 | LEEROY ELIJAH KRAUSE | 11510 NE 112TH DR 117 VANCOUVER, WA 98662 | 1998-06-23 | White | Male |
| V-1, P-3 | Delaney E Daniel | | | White | Female |
| R-1 | May UNKNOWN | | | Unknown | Female |

### INVOLVED ORGANIZATIONS

| INVOLVEMENT | NAME | ADDRESS |
|---|---|---|
| V-2, O-1 | CITY OF VANCOUVER | 605 E EVERGREEN BLVD, VANCOUVER, WA 98661 |

### INVOLVED VEHICLES

| STATUS | ITEM CATEGORY | MAKE / MODEL / PRIMARY COLOR |
|---|---|---|
| Vehicle, Damaged | Passenger Car/ Automobile | Ford / Explorer / Black (BLK) |

### NARRATIVE

#### Synopsis

Assault II - DV, Malicious Mischief I (Patrol Vehicle), DOC Warrant - The listed suspect assaulted his girlfriend, damaged a patrol vehicle, and had an outstanding DOC warrant. He was booked into the Clark County Jail on the listed charges. Threat assessment completed and scored a 14.

#### Narrative

On 10/6/2021 at 1426, I responded to            to a welfare check. The dispatch call notes stated the caller's friend had broken up with her boyfriend (identified as Leeroy Elijah Krause and she was currently pounding on the apartment door. The caller was not on scene and this was information being relayed by her friend the victim who was identified as Delaney Daniel. The call also stated Leeroy Krause was locked outside of the apartment and had held a knife up to the victim's throat.

When I arrived, I staged to the east of the target location to wait for additional cover officers. When Corporal Starbuck and A/Sgt Simmons arrived on scene, we approached the apartment complex. As we approached, I could hear crying and someone knocking on a

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Nicholaas Gillingham #1770   Oct 7, 2021 11:15 (e-signature) | Christopher Simmons #1635   Oct 7, 2021 13:42 (e-signature) |
| PRINT NAME | PRINT NAME |
| Nicholaas Gillingham #1770 | Christopher Simmons #1635 |

Vancouver Police Department
Vancouver Police Department                                                                                       Pg 1 of 3
NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by A. Beaver on Oct 12, 2021 11:43.

KRAUSE, LEEROY ELIJAH          2021-1-01758-06                    10/18/2021    008

door. I rounded the corner of the stairwell to apartment 2611 and saw the suspect who I recognized from his DOL picture as Leeroy Krause. Krause was compliant and kept his hands in the air as he walked down the stairway towards us. Leeroy was frisked for weapons by A/Sgt Simmons and sat on the wood deck located in the common area of the apartment complex. No weapons were found on Leeroy.

As Leeroy sat on the wood deck Delaney opened the apartment door and Corporal Starbuck went to interview her.

After gathering his initial information, I asked Leeroy to tell me what had happened. Leeroy told me he had arrived at his girlfriend's apartment at about 1300 hours because he had a cut on his foot, and he wanted her to help him clean it. When his girlfriend Delaney walked down to the common area to meet with him, she told him she would not clean his foot.

At this time Leeroy told me he called Delaney a "bitch" and took her phone from her to go through her messages. Leeroy said prior to Delaney walking back up to the apartment he gave her the cell phone back and she went inside.

I asked Leeroy if he was ever inside of the apartment and he told me he was not because he had locked the door behind him when they went outside. Leeroy's story was confusing and hard to follow. He initially told me he was never inside the apartment but started to back track saying he went up to the apartment and shut the door locking himself out because he does not have the door code.

I asked Leeroy if at any point he had gotten physical with Delaney and he told me "no" nothing had been physical.

Corporal Simmons had asked Leeroy again if anything got physical in order to clarify and Leeroy did say that he had pushed her near the door but not in an assaultive way but more like a "don't go anywhere" way. It was obvious to me Leeroy was trying to avoid answering any direct questions.

Corporal Starbuck developed probable cause for Assault IV – DV after interviewing Delaney.

A/Sgt Simmons and I placed Leeroy into handcuffs and double locked them without incident. Leeroy started to tense up as we walked from the common area of the apartment complex to the parking lot. As we were walking Leeroy started to throw his legs out and stop us from walking screaming for Delaney. At one point Leeroy threw his head towards me in an attempt to "head butt" me but missed. After Leeroy attempted to "head butt" me he was thrashing his legs around, continuing to try and stop us from walking towards a patrol vehicle. I was holding onto Leeroy's left arm and wrist attempting to escort him to the patrol car however I was unsuccessful.

A/Sgt Simmons and I took Leeroy to the ground in a controlled manner in order to maintain complete control of him, prevent injury to Leeroy or officers, and to facilitate a safe transition to a patrol vehicle. I warned Leeroy prior to the takedown that force would be used against him if he did not stop. No other force options were necessary, reasonable, or appropriate for the situation. The controlled take down was effective in controlling Leeroy's assaultive behavior. Leeroy was not injured from the takedown.

Leeroy was placed in the back of my patrol vehicle where he instantly started bashing his head against the plexiglass divider which separates the passenger and driver compartment of the vehicle. Leeroy stopped hitting his head on the plexiglass and started using his feet to kick the rear passenger side car door of the patrol vehicle. Leeroy kicked the door repeatedly and hard enough that I could see the door lifting and creating space off of the door frame.

The rear passenger doors of the patrol car are equipped with plexiglass barriers to protect the rear glass windows. Leeroy was given multiple opportunities to stop kicking the window. I ordered him several times to stop kicking my door and window. The rear passenger window of the patrol vehicle was partially rolled down and would no longer operate because the metal bar securing the plexiglass divider had been bent by Leeroy's repeated kicking. The plexiglass divider started to break and crack after multiple kicks. I saw later the sheet metal of the door had been bent near the window and this damage would render the car out of service for repair. This damage was done to a City of Vancouver police patrol vehicle #2218.

Corporal Starbucks, A/Sgt Simmons, and I were able to apply a hobble to Leeroy however he kicked his way out of the hobble quickly and did not change his behavior. Leeroy repeatedly yelled "I'm going to make you kill me" and stated that he only wanted to talk to his girlfriend. Leeroy also stated that he would spit on officers and make this the "worst day of his life". Leeroy was given distance and time while sitting in the patrol vehicle without any police interaction in order to calm himself but continued to yell and kick the patrol car door.

Detective Brown arrived and interviewed Delaney, asking her to fill out the Smith Affidavit.

The decision was made to have AMR respond and Leeroy was going to be transported to the hospital to be evaluated prior to the jail transport for possible injuries from hitting his head on the divider.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Nicholaas Gillingham #1770   Oct 7, 2021 11:15 (e-signature) | Christopher Simmons #1635   Oct 7, 2021 13:42 (e-signature) |
| PRINT NAME | PRINT NAME |
| Nicholaas Gillingham #1770 | Christopher Simmons #1635 |

Vancouver Police Department
Vancouver Police Department                                                                          Pg 2 of 3
NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by A. Beaver on Oct 12, 2021 11:43.

**Please describe what happened including the details for any questions you answered yes to on the reverse side of this page:**

He has tried to choke me with both hands, has taken my phone multiple times and tried to destroy it (damage or break it), he has pushed me, grabbed me, hit me in the back of the head, held a knife to my throat twice; held a gun to my head one time, threatened to kill me & hurt me, he has threatened my friends (in the very beginning of relationship, & he has spit in my face and on my belongings. Today he tried to take my phone out of my pocket and I tried to take it back and he ripped my pants and my hand twisted. He also held a knife (kitchen) to my throat & pushed me.

**I have written, or had this statement written for me and this statement truly and accurately reflect my recollection of this incident. The police officer has explained to me I have to certify or declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.**

Name of Officer who explained this form to me: Det Travis Brown

I certify under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct:

SIGNED this 6th day of Oct, 20 21, 1540 am/pm at (city/state) Van, WA

Signature X Delaney Daniel          Printed Name X Delaney Daniel

**Officer who read perjury warning and witnessed the signature:**

Officer Signature _____          Officer Name Det Travis Brown #7723

* If continuation pages are used, each page must be signed and dated by victim and signed by the witness officer

9/19

## VPD Domestic Violence Victim Statement

Case Number _2021-021142_

Statement of _Delaney & Daniel_         Date of Birth _____

Address _____   Email _____

Phone Number _____   Social Media _____

**During the incident were you:**

| | | | |
|---|---|---|---|
| Hit or was physical force used against you? | (Yes) \| No | Injured? | (Yes) \| No |
| Afraid of being hurt ? | (Yes) No | In pain? | (Yes) \| No |
| Afraid of being killed? | Yes \| (No) | Threatened? | (Yes) \| No |
| Afraid a threat would be carried out? | Yes \| No | Strangled? | (Yes) \| No |

What made you afraid? _____ see statement /report _____

Who did this to you? _Leeroy "Eli" Krause_

**If you were strangled, did you experience:**

| | | | |
|---|---|---|---|
| Difficulty breathing? | Yes \| No | Shortness of breath? | Yes \| No |
| Vision changes? | Yes \| No | Pain or sore throat? | Yes \| No |
| Trouble swallowing? | Yes \| No | Raspy voice? | Yes \| No |
| Uncontrolled urination? | Yes \| No | Uncontrolled defecation? | Yes \| No |

Are you aware of losing consciousness as a result of being strangled?  Yes \| No

Please describe how you were strangled (one hand, two hands, arms, object, etc.)

_____

_____

**Do any of the following apply the suspect?**

**Threat Level:**  >8 Moderate     9-13 Increased     (14-17) Severe     18+ Extreme        (14)

| Now | | | Past | Now | | | Past |
|---|---|---|---|---|---|---|---|
| 5 | ☐ | Guns Present in the home | | 3 | ☐ | Choked (strangled) you | ✗ two hands |
| 3 | ☐ | Threats to use a weapon against you or another | ✗ 1.5 mo | 1 | ☐ | Abuses alcohol or drugs | ☐ |
| 3 | ☐ | Previous assaults against you with weapons | ✗ | 1 | ☐ | Mental health history/diagnosis | ☐ |
| 3 | ☐ | Threats to kill you, self or others | ☐ | 4 | ☐ | You have told suspect you're leaving | ☐ |
| 4 | ✗ | Recent Loss of job/family/member/unemployed | ☐ | 1 | ☐ | Destroys property, spies or stalks you | ☐ |
| 1 | ☐ | Have you threatened/attempted suicide | bro-man is dying | 1 | ☐ | Recently increased level of violence | ☐ |
| 1 | ✗ | Violently Jealous (If I can't have you no one will) | | 1 | ☐ | Tried to control your daily activities | ☐ |
| 1 | ☐ | Violent/threatening towards children | | 2 | ☐ | Forced you to have sex | ☐ |
| 1 | ☐ | You believe he/she is capable of killing you | | 1 | ☐ | Assaulted you while you were pregnant | ☐ |
| 1 | ☐ | Recently filed for divorce/child custody | ☐ | 3 | ☐ | Avoided arrest for Domestic Violence | ☐ |

If suspect's firearms are impounded, do you want to be notified prior to the firearms being released? Yes \|No

Initial _____ Name _____ Contact Info _____

9/19

**VANCOUVER POLICE DEPARTMENT  DV SUPPLEMENTAL REPORT**

Case Number _2021 - 021142_

| VICTIM | | MEDICAL TREATMENT | |
|---|---|---|---|
| ☐ Confused | ☐ Concussion/TBI | ☐ No Medical Units Involved | |
| ☐ Angry | ☐ Fracture(s) | ☒ Refused Medical Aid | |
| ☒ Afraid | ☐ Laceration(s) | ☐ Received On-Scene Medical Aid | |
| ☐ Apologetic | ☐ Minor Cut(s) | ☐ Transported to _____hospital | |
| ☐ Crying | ☐ Bruise(s) | ☐ AMR/VFD Medic Unit(s): _____ | |
| ☒ Fearful | ☐ Abrasion(s) | ☐ Signed Medical Release | |
| ☐ Frantic | ☐ Strangulation | EVIDENCE | |
| ☐ Nervous | ☐ **Safety Plan** | ☐ Physical Evidence, see evidence report | |
| ☐ Calm | ☐ **Given DV Resource** | ☒ Photos/Video Evidence, see digital evidence report | |
| ☐ Threatening | ☐ **Smith Statement** | ☐ Weapon used/seized_____ | |
| ☐ Injured/In Pain | ☐ **Threat Score_____** | ☐ **Firearms Removed** ☐ Evidence ☐ Safekeeping | |

| DV RELATIONSHIP | |
|---|---|
| ☐ Intimate Partner | |
| ☐ Spouse/Former Spouse | |
| ☒ Dating/Former Dating (16+) | |
| ☐ Roommate/Former Roommate | |
| ☐ Child in Common | |
| ☐ Related by blood or marriage (18+) | |
| ☐ Prior DV History | |
| ☐ Prior  DV Police Reports | |
| ☐ Current Valid Protection Order | |
| ☐ Invalid/Expired Protection Order | |
| Length of Relationship: ___6 mo.___ | |

**EVIDENCE (continued)**

☐ **Ammo Removed** ☐ Evidence ☐ Safekeeping
☐ **Suspect has active CPL**
☒ Witnesses Statements ☐ Written ☒ Verbal
☐ Children Present – how many ___text app 36___
☒ Social Media for ☒ Suspect ☐ Victim ☐ Witness
☐ Suspect vehicle and employer listed in report

**VICTIM INJURIES**

| STRANGULATION |
|---|
| ☐ Difficulty/Pain Swallowing |
| ☐ Change in Normal Voice |
| ☐ Uncontrolled Urination/Defecation |
| ☐ Petechiae (eyes, cheeks, ears, etc.) |
| ☐ Loss of Consciousness |
| ☐ Object/Ligature Used |
| ☐ Vision Problems During or After |
| ☐ Loss of Breath During or After |
| ☐ Visible Injury to Neck/Throat/Ears |

**SUSPECT INJURIES**

| NOTIFICATIONS |
|---|
| ☐ CPS Notified **866-764-2233 press 9** |
| ☐ APS Notified **877-734-6277** |
| ☐ Supervisor Notified_____ |

REPORTING OFFICER/PSN:

_T. Brown   1723_

☒ PC STATEMENT COMPLETE    ☐ BOLO

9/19

2021 – Q21142

## ARRESTING OFFICER'S DECLARATION OF PROBABLE CAUSE

The undersigned law enforcement officer states that the person whose name appears on this Pre-book/Probable Cause sheet was arrested without a warrant on the date and time shown thereon for the crimes committed in Clark County, Washington based on the following circumstances.

**My information is derived from:**
B1: Krause, Leeroy E. (DOB: 06/23/1998) – booked/boyfriend
V1: Daniel, Delaney E. (                    victim/girlfriend

**CHARGES:**
1.  RCW 9A.48.080 – Malicious Mischief 1st Degree
2.  RCW 9A.36.021 – Assault II (DV)
3.  DOC Warrant

**NARRATIVE:**

On 10/06/21 VPD patrol and DV Unit officers responded to                    (Vancouver, WA) regarding a welfare check request. The listed male subject in question was Leeroy Kruase who was reported by an anonymous 911 caller and noted in CAD to have said Leeroy was, "banging on the door" and that earlier he had, "attacked her w a knife." The victim in question was later identified as Leeroy's girlfriend of six months, Delaney Daniel.

Known police contact and history for Leeroy included that of suspect in possession of firearms, theft of firearm and Officer Safety Bulletin. Leeroy's status showed to have a warrant per DOC.

Upon officer's arrival, Leeroy was located outside and Delaney was found to be crying with an injury to her right hand. Per verbal and sworn statements, Delaney showed to be in pain at the area of injury; her right hand, and had a torn pants pocket where Leeroy had forced possession of her phone. Delaney reported to have coughing in result from Leeroy choking her in a headlock while threatening her with a knife in hand.

The Danger Assessment was administered and rated a 14 on a scale of 1-18 for "Severe." The Danger Assessment is a tool used to measure the lethal threat a suspect presents towards a domestic partner.

Leeroy was arrested and placed into a patrol vehicle. While in the prisoner compartment, Leeroy repeatedly kicked at the door despite officer warnings, and continued until damaging the window and function of said door; an impairment to a public service and emergency response vehicle.

Based on this investigation as a whole; I, Det Brown reasonably believe there to be probable cause to arrest Leeroy Kruase for the above listed crimes.

The undersigned declares and certifies under penalty of perjury under the laws of the State of Washington that the preceding statement is true and correct to the best of his/her knowledge

Page 1 of 2

Report Number 2021-021142 – Use of Force – 1 Report (Vancouver Police Department: Vancouver Police Department)                     Pg 1 of 3

## Report Number 2021-021142 - Use of Force - 1 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | | REPORT WRITER |
|---|---|---|---|
| Oct 6, 2021 15:34 | Oct 6, 2021 14:55 | | Christopher Simmons #1635 |

**ASSISTING PERSONNEL / TYPE(S)**
Nicholaas Gillingham #1770 (Investigative Assistance), Ryan Starbuck #1404 (Investigative Assistance)

| EMS / FIRE / OTHER LE AGENCIES ON SCENE | UNIT# OR AGENCY |
|---|---|
| ☒ YES ☐ NO | AMR |

| RESPONDER'S NAME | ID# |
|---|---|
| AMR | M1607 |

**EVENT STATISTICS**
☒ Mental Health          ☒ Use of Force
☐ Homeless

### REPORTING PARTY-1

| REPORTING PARTY-1 (PERSON) | DOB / ESTIMATED AGE RANGE |
|---|---|
| R-1 UNKNOWN, May | 22 – 22 years old |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | Unknown / Unknown | (360) 773-6343 (primary, Mobile Phone) |

## USE OF FORCE

**PRIMARY USE OF FORCE REASON TYPE**
Defend Another

**NUMBER OF OFFICERS ON SCENE**
3

**OFFICER MEDICAL AID RECEIVED**
None

**USE OF FORCE STATISTICS**
☒ Photos Taken of Injuries

### USE OF FORCE LOCATION
LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| VANCOUVER | WA | 98661 | US |

**JURNAME / PRECINCT / DISTRICT / BEAT / NHOOD**
VANCOUVER PD / VPD West / West District 1 / 13 / Rose Village

### SUBJECT-1

| SUBJECT-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| SB-1 KRAUSE, LEEROY ELIJAH | 1998-06-23 |

| SEX | RACE / ETHNICITY | PHONE NUMBER | EMAIL ADDRESS |
|---|---|---|---|
| Male | White / Not Hispanic Or Latino | (360) 553-2899 (primary, cell), 360 (other) | https://www.facebook.com/eli.krause.74 (Facebook) |

**HOME ADDRESS**
11510 NE 112TH DR, 117, VANCOUVER, WA 98662

| ARRESTED | CHARGES |
|---|---|
| ☒ YES ☐ NO | Assault 2-DV, Malicioius Mischief 1, DOC Warrant |

| MENTAL HEALTH HOLD | SUBJECT WAS HOMELESS |
|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO |

| OFFICER ACTIVITY IMMEDIATELY PRIOR TO FORCE RESPONSE | SUBJECT ARMED WITH |
|---|---|
| Subject Escort | Unarmed |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Christopher Simmons #1635   Oct 6, 2021 22:59 (e-signature) | Carole Boswell #1243   Oct 7, 2021 00:01 (e-signature) |
| PRINT NAME | PRINT NAME |
| Christopher Simmons #1635 | Carole Boswell #1243 |

Pg 1 of 3

**Vancouver Police Department**
**Vancouver Police Department**
Mark43 RMS Form v2.0 generated by A. Beaver on Oct 12, 2021 11:43.

KRAUSE, LEEROY ELIJAH          2021-1-01758-06          10/18/2021     005

Report Number 2021-021142 - Use of Force - 3 Report (Vancouver Police Department: Vancouver Police Department)                                    Pg 1 of 2

## Report Number 2021-021142 - Use of Force - 3 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Oct 7, 2021 00:21 | Oct 6, 2021 15:26 – 20:33 | Ryan Starbuck #1404 |

**REPORT TAKEN LOCATION**
2611 E 25TH ST, VANCOUVER, WA 98661

*REPORTING PARTY-1*
REPORTING PARTY-1 (PERSON)
R-1 UNKNOWN, May

| | | DOB / ESTIMATED AGE RANGE |
|---|---|---|

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | Unknown / Unknown | |

## USE OF FORCE

**PRIMARY USE OF FORCE REASON TYPE**
Other (Explain in Narrative): Control for hobble and sedation

**NUMBER OF OFFICERS ON SCENE**
1

**OFFICER MEDICAL AID RECEIVED**
None

*USE OF FORCE LOCATION*
LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION
2611 E 25TH ST

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| VANCOUVER | WA | 98661 | US |

JURNAME / PRECINCT / DISTRICT / BEAT / NHOOD
VANCOUVER PD / VPD West / West District 1 / 13 / Rose Village

*SUBJECT-1*

| SUBJECT-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| SB-1 KRAUSE, LEEROY E | 1998-06-23 |

| SEX | RACE / ETHNICITY | PHONE NUMBER | EMAIL ADDRESS |
|---|---|---|---|
| Male | White / Not Hispanic Or Latino | (360) 553-2899 (primary, cell) | https://www.facebook.com/eli.krause.74 (Facebook) |

**HOME ADDRESS**
11510 NE 112TH DR NE, 117, VANCOUVER, WA 98662

| ARRESTED | CHARGES |
|---|---|
| ☒ YES ☐ NO | Assault II DV, Malicious Mischief I DV |

| MENTAL HEALTH HOLD | SUBJECT WAS HOMELESS |
|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO |

| OFFICER ACTIVITY IMMEDIATELY PRIOR TO FORCE RESPONSE | SUBJECT ARMED WITH |
|---|---|
| Other (Explain in Narrative) | Unarmed |

| SUBJECT INJURED PRIOR TO USE OF FORCE? | SUBJECT RESISTANCE TYPE | SUBJECT BEHAVED VIOLENTLY, ERRATICALLY, OR WAS IN MENTAL OR EMOTIONAL DISTRESS? |
|---|---|---|
| ☒ YES ☐ NO | Aggressive, Assaultive | ☒ YES ☐ NO |

| OBSERVED BEHAVIOR | OFFICER USED FORCE ON SUBJECT? | TYPE OF FORCE USED BY OFFICER |
|---|---|---|
| Assaulted Officer, Engaged in Physical Resistance, Signs of Drug Impairment | ☒ YES ☐ NO | Control Hold - Effective |

| LOCATION OF FORCE USED BY OFFICER | SUBJECT INJURY SEVERITY | SUBJECT USED FORCE ON OFFICER? |
|---|---|---|
| Head (rear), Rear Upper Torso/Back | NON_FATAL - No Injury | ☐ YES ☒ NO |

## PERSON ADDENDUM

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ryan Starbuck #1404   Oct 7, 2021 00:27 (e-signature) | Christopher Simmons #1635   Oct 7, 2021 13:49 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ryan Starbuck #1404 | Christopher Simmons #1635 |

Vancouver Police Department
Vancouver Police Department
Mark43 RMS Form v2.0 generated by A. Beaver on Oct 12, 2021 11:43.                                    Pg 1 of 2

KRAUSE, LEEROY ELIJAH          2021-1-01758-06                    10/18/2021    035

Report Number 2021-021142 - Use of Force - 2 Report (Vancouver Police Department: Vancouver Police Department)                    Pg 1 of 3

## Report Number 2021-021142 - Use of Force - 2 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Oct 6, 2021 17:23 | Oct 6, 2021 14:24 - 14:24 | Nicholaas Gillingham #1770 |

EVENT STATISTICS

☐ Mental Health          ☒ Use of Force
☐ Homeless

*REPORTING PARTY-1*

| REPORTING PARTY-1 (PERSON) | DOB / ESTIMATED AGE RANGE |
|---|---|
| R-1 DELANEY, ELIZABETH GRACE | |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | White / Unknown | |

HOME ADDRESS

## USE OF FORCE

PRIMARY USE OF FORCE REASON TYPE

Defend Self

NUMBER OF OFFICERS ON SCENE

1

OFFICER MEDICAL AID RECEIVED

None

*USE OF FORCE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION

2611 E 25TH ST

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| VANCOUVER | WA | 98661 | US |

JURNAME / PRECINCT / DISTRICT / BEAT / NHOOD

VANCOUVER PD / VPD West / West District 1 / 13 / Rose Village

*SUBJECT-1*

| SUBJECT-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| SB-1 KRAUSE, LEEROY ELIJAH | 1998-06-23 |

| SEX | RACE / ETHNICITY | PHONE NUMBER | EMAIL ADDRESS |
|---|---|---|---|
| Male | White / Not Hispanic Or Latino | (360) 553-2899 (primary, cell), 360 (other) | https://www.facebook.com/eli.krause.74 (Facebook) |

HOME ADDRESS

1000 SE 160TH AVE, VANCOUVER, WA 98684

| ARRESTED | CHARGES |
|---|---|
| ☒ YES ☐ NO | Assault II - DV, Malicious Mischief I, DOC Warrant |

| MENTAL HEALTH HOLD | SUBJECT WAS HOMELESS |
|---|---|
| ☐ YES ☒ NO | ☐ YES ☒ NO |

| OFFICER ACTIVITY IMMEDIATELY PRIOR TO FORCE RESPONSE | SUBJECT ARMED WITH |
|---|---|
| Subject Escort | Unarmed |

| SUBJECT INJURED PRIOR TO USE OF FORCE? | SUBJECT RESISTANCE TYPE | SUBJECT BEHAVED VIOLENTLY, ERRATICALLY, OR WAS IN MENTAL OR EMOTIONAL DISTRESS? |
|---|---|---|
| ☐ YES ☒ NO | Aggressive, Assaultive | ☒ YES ☐ NO |

| OBSERVED BEHAVIOR | OFFICER USED FORCE ON SUBJECT? | TYPE OF FORCE USED BY OFFICER |
|---|---|---|
| Engaged in Physical Resistance | ☒ YES ☐ NO | Takedown - Effective |

| LOCATION OF FORCE USED BY OFFICER | SUBJECT INJURY SEVERITY | SUBJECT USED FORCE ON OFFICER? |
|---|---|---|
| Arms/Hands | NON_FATAL - No Injury | ☒ YES ☐ NO |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Nicholaas Gillingham #1770   Oct 7, 2021 11:17 (e-signature) | Christopher Simmons #1635   Oct 7, 2021 13:42 (e-signature) |
| PRINT NAME | PRINT NAME |
| Nicholaas Gillingham #1770 | Christopher Simmons #1635 |

**Vancouver Police Department**
Vancouver Police Department
Mark43 RMS Form v2.0 generated by A. Beaver on Oct 12, 2021 11:43.

KRAUSE, LEEROY ELIJAH          2021-1-01758-06          10/18/2021     023

## INSTRUCTIONS FOR PRISONERS SEEKING TO FILE
## A CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

<u>You must comply with the following instructions before the Clerk will file your Complaint</u>

Local Rule CR 103, Local Rules for the Western District of Washington, requires you to submit your Complaint on the form furnished by the Court (a § 1983 form is attached). The clerk will upload the complaint to the docket and make copies of it for service upon the defendant(s). Plaintiff should keep a copy of the complaint for his or her own records; the clerk will not routinely return a copy of the complaint to plaintiff.

You must submit either the full $402.00 filing fee or a completed *in forma pauperis* application, including a certified copy of your prisoner account. Carefully read the information sheet for prisoners seeking leave to proceed *in forma pauperis* (without prepayment of the entire filing fee).

You may bring your Complaint to the United States District Court for the Western District of Washington only if one or more of the named defendants is located within this district, or if your claim arose from this district. If you have more than one claim, you must file a separate complaint for each claim unless they are related to the same incident or issue.

Your Complaint must be legibly handwritten or typed. **NOTE: DO NOT WRITE ON THE <u>BACK OF ANY OF THE PAGES OF THE COMPLAINT</u>**; any writing on the back of any page might not be considered by the Court. If you need additional space to answer question(s), you may attach additional pages.

You are required to state <u>facts</u> in support of each claim. Describe how each named defendant violated your civil rights and when the violation occurred. You must <u>sign</u> the complaint.

<u>You must keep the Clerk of the Court informed of any change of address. If you fail to do so, the Clerk cannot be responsible for your failure to receive Court Orders. This also could result in the dismissal of your suit.</u>

| | |
|---|---|
| If your claim arose in King, Snohomish, Skagit, Whatcom or Island Counties, mail your completed forms, the originals and all copies to:<br><br>Clerk, U.S. District Court<br>700 Stewart Street, Suite 2310<br>Seattle WA 98101-1271 | If your claim arose in Clallam, Clark, Cowlitz, Grays Harbor, Jefferson, Kitsap, Lewis, Mason, Pacific, Pierce, Skamania, Thurston, or Wahkiakum Counties, mail your completed forms, the originals and all copies to:<br><br>Clerk, U.S. District Court<br>1717 Pacific Ave, Room 3100<br>Tacoma WA 98402 |

**NOTE: If you are housed at a Department of Corrections facility subject to the Prisoner Electronic Filing Initiative pursuant to General Orders 02-15 and 06-16, you may fulfill this mailing requirement by submitting your documents to the appropriate person at your facility who will transmit your documents electronically to the U.S. District Court. Your facility will receive any documents filed in your case electronically on your behalf.**

LeeRoy E Krause
CFN#235799
Clark County Jail
PO Box 9147
Vancouver, WA 98666-1147

CLARK COUNTY
JAIL
INMATE MAIL

FILED
RECEIVED
LODGED
MAR 31 2022
BY _____ DEPUTY
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

Clerk
U.S. District Court
1717 Pacific Ave, Room
Tacoma WA 98402

CLARK COUNTY
JAIL
INMATE MAIL

JB 4774