UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEEROY E. KRAUSE,

        Plaintiff,

   v.

VANCOUVER POLICE DEPARTMENT, *et al.*,

        Defendant.

CASE NO. 3:22-cv-05204-BHS-JRC

ORDER GRANTING EXTENSION

This matter is before the Court on referral from the district court and on plaintiff's motion for an extension of time to file an amended complaint. *See* Dkt. 16.

Plaintiff's amended complaint is currently due by November 7, 2022. *See* Dkt. 15. Plaintiff requests an extension of two weeks due to continued lack of resources he claims are essential to properly amend his complaint. *See* Dkt. 16 at 1.

The Court finds good cause for the extension and grants plaintiff's motion.

///

///

ORDER GRANTING EXTENSION - 1

1 | Plaintiff shall file the amended complaint by November 21, 2022.

2

3 | Dated this 19th day of October, 2022.

4

5 | J. Richard Creatura
Chief United States Magistrate Judge

6