1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10   LEEROY E. KRAUSE,

11                              Plaintiff,

12            v.

13   VANCOUVER POLICE DEPARTMENT,
     *et al.*,

14

                              Defendants.

CASE NO. 3:22-cv-05204-BHS-JRC

ORDER DIRECTING SERVICE OF
CIVIL RIGHTS COMPLAINT

15

16        This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding

17   with this action *pro se* and *in forma pauperis*. *See* Dkt. 7 at 7. The Court, having reviewed

18   plaintiff's amended complaint, hereby **ORDERS** as follows:

19        (1)      Consent

20        The Clerk is directed to issue the Notice of Option of Consent to Chief Magistrate Judge

21   J. Richard Creatura.

22   ///

23   ///

24

ORDER DIRECTING SERVICE OF CIVIL RIGHTS
COMPLAINT - 1

1    (2)  <u>Service by Clerk</u>

2    The Clerk is directed to send the following to the named defendants by first class mail:  a

3 copy of plaintiff's amended complaint, a copy of this Order, a copy of the Notice of Option to

4 Consent, two copies of the notice of lawsuit and request for waiver of service of summons, and a

5 waiver of service of summons.  If service is by first class mail, a return envelope, postage

6 prepaid, addressed to the Clerk's Office shall also be sent.

7    (3)  <u>Response Required</u>

8    Defendant(s) shall have **thirty (30) days** within which to return the enclosed waiver of

9 service of summons.  A defendant who timely returns the signed waiver shall have **sixty (60)**

10 **days** after the date designated on the notice of lawsuit to file and serve an answer to the

11 complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure.

12    A defendant who fails to timely return the signed waiver will be personally served with a

13 summons and complaint, and may be required to pay the full costs of such service, pursuant to

14 Rule 4(d)(2) of the Federal Rules of Civil Procedure.  A defendant who has been personally

15 served shall file an answer or motion permitted under Rule 12 within **thirty (30) days** after

16 service.

17    (4)  <u>Filing and Service by Parties, Generally</u>

18    All attorneys admitted to practice before this Court are required to file documents

19 electronically via the Court's CM/ECF system.  Counsel are directed to the Court's website,

20 www.wawd.uscourts.gov, for a detailed description of the requirements for filing via CM/ECF.

21 All filings must indicate in the upper right hand corner the name of the magistrate judge to whom

22 the document is directed.

23

24

ORDER DIRECTING SERVICE OF CIVIL RIGHTS
COMPLAINT - 2

1    Any document filed with the Court must be accompanied by proof that it has been served

2  upon all parties that have entered a notice of appearance in the underlying matter. Plaintiffs filing

3  electronically shall indicate the date the document is submitted for e-filing as the date of service.

4    (5)    Motions, Generally

5    Any request for court action shall be set forth in a motion, properly filed and served.

6  Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a

7  part of the motion itself and not in a separate document.  The motion shall include in its caption

8  (immediately below the title of the motion) a designation of the date the motion is to be noted for

9  consideration upon the Court's motion calendar.

10    Stipulated and agreed motions, motions to file over-length motions or briefs, motions for

11  reconsideration, joint submissions pursuant to the option procedure established in LCR 37(a)(2),

12  motions for default, requests for the clerk to enter default judgment, and motions for the court to

13  enter default judgment where the opposing party has not appeared shall be noted for

14  consideration on the day they are filed.  *See* LCR 7(d)(1).  All other non-dispositive motions

15  shall be noted for consideration no earlier than the third Friday following filing and service of the

16  motion.  *See* LCR 7(d)(3).  All dispositive motions shall be noted for consideration no earlier

17  than the fourth Friday following filing and service of the motion.  *Id*.

18    For electronic filers, all briefs and affidavits in opposition to either a dispositive or non-

19  dispositive motion shall be filed and served not later than 11:59 p.m. on the Monday

20  immediately preceding the date designated for consideration of the motion.

21    The party making the motion may electronically file and serve not later than 11:59 p.m.

22  on the date designated for consideration of the motion, a reply to the opposing party's briefs and

23  affidavits.

24

ORDER DIRECTING SERVICE OF CIVIL RIGHTS
COMPLAINT - 3

1      (6)    <u>Motions to Dismiss and Motions for Summary Judgment</u>

2      Parties filing motions to dismiss pursuant to Rule 12 of the Federal Rules of Civil

3 Procedure and motions for summary judgment pursuant to Rule 56 of the Federal Rules of Civil

4 Procedure should acquaint themselves with those rules.  As noted above, these motions shall be

5 noted for consideration no earlier than the fourth Friday following filing and service of the

6 motion.

7      (7)    <u>Direct Communications with District Judge or Magistrate Judge</u>

8      No direct communication is to take place with the District Judge or Magistrate Judge with

9 regard to this case.  All relevant information and papers are to be directed to the Clerk.

10      (8)    The Clerk is directed to send copies of this Order and the Notice of Option to

11 Consent to plaintiff.  The Clerk is further directed to send a copy of this Order and a courtesy

12 copy of plaintiff's amended complaint to **Vancouver City Attorney's Office**, by first-class mail.

13      Dated this 16th day of December, 2022.

14

15                   J. Richard Creatura
                  Chief United States Magistrate Judge

16

17

18

19

20

21

22

23

24

ORDER DIRECTING SERVICE OF CIVIL RIGHTS
COMPLAINT - 4