UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEEROY E. KRAUSE,

           Plaintiff,

   v.

VANCOUVER POLICE DEPARTMENT, *et al.*,

           Defendants.

CASE NO. 3:22-cv-05204-BHS-JRC

ORDER TO SHOW CAUSE RE SERVICE

    This matter is before the Court on referral from the district court and on defendant's failure to return a service waiver.

    On December 16, 2022, this Court directed service of plaintiff's complaint on the named defendants. *See* Dkt. 21 at 2. The Court directed the Clerk to send defendants a waiver of service and informed defendants that if they failed to waive service within 30 days they would be personally served at their own expense. *See id.*

    As of the date of this order, all defendants have returned waivers of service except for defendant American Medical Response ("AMR"). *See generally* Dkt. The Court has no

ORDER TO SHOW CAUSE RE SERVICE - 1

1 jurisdiction over defendant AMR until it has been properly served under Federal Rule of Civil
2 Procedure 4. *See Direct Mail Specialists, Inc. v. Eclat Computerized Techs., Inc.*, 840 F.2d 685,
3 688 (9th Cir. 1988). Under Local Civil Rule 4(c)(2), the Court may order that service be made by
4 a United States marshal. However, in this district, the marshals do not attempt personal service
5 upon a defendant unless mail service is unavailing.

6 As such, the Court **orders** defendant AMR to **show cause by March 24, 2023**, why it
7 should not be personally served at its own expense for failure to file a service waiver. Defendant
8 may satisfy this show cause order by filing a waiver of service. The Clerk is directed to send
9 defendant AMR a copy of this order.

10 Dated this 23rd day of February, 2023.

J. Richard Creatura
United States Magistrate Judge