UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LEEROY ELIJAH KRAUSE,<br><br>                Plaintiff,<br><br>   v.<br><br>VANCOUVER POLICE DEPARTMENT,<br><br>                Defendant. | CASE NO. C22-5204 BHS-GJL<br><br>ORDER |

This matter is before the Court on Magistrate Judge Grady J. Leupold's Report and Recommendation (R&R), Dkt. 42, recommending the Court deny pro se plaintiff Leeroy Krause's motion for default and a default judgment, Dkt. 35. The R&R correctly points out that all defendants have appeared in this matter and answered the complaint. Dkt. 42 at 1.

Krause has not objected to the R&R.

The R&R is **ADOPTED** and Krause's Motion for Default and Default Judgment, Dkt. 35, is **DENIED**.

IT IS SO ORDERED.

ORDER - 1

1 | Dated this 26th day of June, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge